1 | JOSEPH P. RUSSONIELLO
United States Attorney

2

3 | BRIAN STRETCH
Chief, Criminal Division

4 | THOMAS M. NEWMAN
Assistant United States Attorney
5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6 |    Telephone: (415) 436-6805

7 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-cr-855-SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| v. | ) | |
| HARRY WARREN GREEN, | ) | |
| Defendant. | ) | |

This matter is set for status hearing on October 20, 2009. The parties, through their counsel of record, request that the status hearing be continued until November 3, 2009, in order to allow the parties to exchange discovery and discuss how to proceed in this case. The parties further stipulate and agree that the period of time from October 20, 2009 to November 3, 2009 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) due to the complexity of this case, to allow the defendant and his counsel reasonable time necessary for effective preparation of the defenses taking into account the exercise of due diligence, and for continuity of counsel.

*Stipulation to Continue*
*Case No. 09-cr-855-SBA*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|   |   |
|   | */s/Thomas M. Newman* |
| Dated: October 13, 2009 | THOMAS M. NEWMAN<br>Assistant United States Attorney<br>Tax Division |
| Dated: October 13, 2009 | /s/Randy Sue Pollock<br>RANDY SUE POLLOCK<br>Attorney for Defendant |

### ORDER

This Court agrees and finds that the ends of justice served by excluding time from October 20, 2009 to November 3, 2009, outweigh the best interests of the public and the defendant in a speedy trial, because of the complexity of this case and the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.  18 U.S.C. § 3161(h)(7)(B)(ii).

Therefore, IT IS HEREBY ORDERED that the time between October 20, 2009 and November 3, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

Dated: 10/19/09

SAUNDRA BROWN ARMSTRONG
United States District Court Judge