UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>HARRY WARREN GREEN,<br><br>　　　　Defendant.<br>_____/ | CR 09-0855-SBA<br><br>**ORDER** |

　　　Pursuant to the stipulation submitted to the Court on January 5, 2010, as amended and corrected by stipulation on January 13, 2010, the Court hereby FINDS that pursuant to 18 U.S.C. Section 3161(h)(7)(A), (B)(iv) the time period from January 26, 2010 to **March 16, 2010 at 10:00 a.m.** shall be excluded under the Speedy Trial Act for effective preparation of defense counsel. The parties have stated that defense counsel and the probation officer in this matter believed the hearing date to be set for February 16, 2010. As such, they require additional time to prepare for the hearing.

　　　Based on this finding,

　　　IT IS HEREBY ORDERED THAT the hearing is continued from January 26, 2010 to **March 16, 2010 at 10:00 a.m.** for change of plea and judgment and sentencing.

　　　IT IS SO ORDERED.

Dated:1/22/10

　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28