1  JOSEPH P. RUSSONIELLO
   United States Attorney
2
   BRIAN STRETCH
3  Chief, Criminal Division

4  THOMAS M. NEWMAN
   Assistant United States Attorney
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6805
   Attorneys for the United States of America
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11 UNITED STATES OF AMERICA,       )
                                   )       No. CR-09-cr-855-SBA
12       Plaintiff,                )
                                   )       STIPULATION TO CONTINUE
13       v.                        )
                                   )
14 HARRY WARREN GREEN,             )
                                   )
15       Defendant.                )
                                   )
16

17
        This matter is set for March 16, 2010, for change of plea and sentencing. The parties,
18
through their counsel of record, request that the matter be continued until April 20, 2010. This
19
request is made in order to allow the parties to further confer with the probation officer assigned
20
to this case, review the final pre-sentence report, and for the defense to review additional
21
documents in order to effectively prepare for sentencing. The parties further stipulate and agree
22
that the period of time from March 16, 2010 to April 20, 2010 shall be excluded under the
23
Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by
24
taking such action outweigh the best interest of the public and the defendant in a speedy trial.
25

26

27

28

*Stipulation to Continue*
*Case No. 09-cr-855-SBA*

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 15, 2010        */s/Thomas M. Newman*
                             THOMAS M. NEWMAN
                             Assistant United States Attorney
                             Tax Division

Dated: March 15, 2010        /s/Randy Sue Pollock
                             RANDY SUE POLLOCK
                             Attorney for Defendant

## **ORDER**

This Court agrees and finds that the ends of justice served by excluding time from March 16, 2010, to April 20, 2010, outweigh the best interests of the public and the defendant in a speedy trial, and the defendant and his counsel are entitled to a reasonable time necessary for effective preparation for sentencing. 18 U.S.C. § 3161(h)(7)(A).

Therefore, IT IS HEREBY ORDERED that the time between March 16, 2010 and April 20, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Dated: 3/17/10                    SAUNDRA BROWN ARMSTRONG
                                  United States District Court Judge

*Stiulation to Continue*

*Case No. 09-cr-855-SBA*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Stiulation to Continue*

*Case No. 09-cr-855-SBA*